```
             UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF NEW HAMPSHIRE
```

**Andre Levesque**

    **v.**                                                        Case No. 11-cv-42-PB

**State of New Hampshire**

### O R D E R

On April 11, 2011, I denied petitioner's motion to vacate sentence under 28 U.S.C. § 2254 for the reasons stated in the record. Accordingly, because I determine that plaintiff has failed to make a substantial showing of the denial of a constitutional right, I decline to issue a certificate of appealability.

SO ORDERED.

                                                  /s/Paul Barbadoro  
                                                  Paul Barbadoro  
                                                  United States District Judge

April 13, 2011

cc:  Andre R. Levesque, pro se